UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR MACHUCA (A-Number: 095-067-719),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-05119-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>Docs. 1, 7 |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 23, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition, enjoining respondents from continuing to detain petitioner pursuant to 8 U.S.C. § 1225(b), and ordering respondents to provide petitioner with a bond hearing. Doc. 7. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. On August 8, 2026, respondents timely filed a two-sentence objection, objecting "for the reasons stated in their opposition papers." Doc. 8.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objection, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on July 23, 2026, Doc. 7, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED on the construed claims

challenging petitioner's detention and the statutory authority of petitioner's detention.

3. Respondents are ENJOINED and RESTRAINED from continuing to detain petitioner pursuant to 8 U.S.C. § 1225(b).

4. Respondents are ORDERED to provide petitioner Julio Cesar Machuca (A-Number: 095-067-719) with a bond hearing before a neutral decisionmaker within seven (7) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within seven days, then respondents must release him.

5. The Clerk of Court is directed to serve California City Detention Center with a copy of this Order.

6. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated: August 16, 2026

UNITED STATES DISTRICT JUDGE